**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan Manuel FERNANDEZ,**
**Defendant–Appellant.**

**No. 15–35116**

United States Court of Appeals, Ninth Circuit.

Submitted August 16, 2016 *

FILED August 22, 2016

Caitlin Ann Baunsgard, Attorney, DOJ–United States Attorney's Office, Eastern District of Washington, Katherine Jill Bolton, Assistant U.S. Attorney, USSP–Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Juan Manuel Fernandez, Pro Se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: O'SCANNLAIN, LEAVY, and CLIFTON, Circuit Judges.

### MEMORANDUM **

Juan Manuel Fernandez appeals from the district court's order denying his 28 U.S.C. § 2255 motion. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Fernandez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Fernandez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

